Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 328-0120
Facsimile:    (646) 328-0121
Matthew J. Cowan (MC 1481)
mcowan@bgmplaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OLMEDO MARITIME INC.,

                   08-CV-

     Plaintiff,

                   **AFFIDAVIT UNDER**
 - against -            **SUPPLEMENTAL RULE B**

TRANVAST SHIPPING CO. LTD. (HONG KONG),

     Defendant.
------------------------------------------------------------------X

STATE OF NEW YORK  )
            : ss.:
COUNTY OF NEW YORK )

  Matthew J. Cowan being duly sworn, deposes and says:

  1.  I am a member of the Bar of this Honorable Court and an associate at the firm of Bennett, Giuliano, McDonnell & Perrone, LLP, attorneys for the plaintiff herein. I am familiar with the circumstances of the verified complaint filed in this action and the underlying cause of action.

  2.  This affidavit is made pursuant to Supplemental Rule B (1) of the Federal Rules of Civil Procedure.

  3.  Deponent has made a careful investigation and deponent is informed and believes that defendant has no office or place of business within this district and that defendants cannot be found within this district. The investigation included the following:

4.  In view of the deficiency of manpower in the U.S. Marshal's office, the necessity of immediate service, and the commonplace native of this request, plaintiff respectfully requested that the aforementioned person, or any other person appointed by Bennett, Giuliano, McDonnell & Perrone, LLP, be appointed to effect such service. Such appointment will result in a substantial saving of travel fees and other fees to the U.S. Marshal.

_____
Matthew J. Cowan

Sworn to before me this
25th day of August, 2008

_____
Notary Public

JEFFREY R. KRANTZ
Notary Public, State of New York
No. 02KR6128569
Qualified in New York County
Commission Expires June 13, 2009