Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 328-0120
Facsimile:    (646) 328-0121
Matthew J. Cowan (MC 1481)
mcowan@bgmplaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

OLMEDO MARITIME INC.,

        Plaintiff,

  - against -

TRANVAST SHIPPING CO. LTD. (HONG KONG),

        Defendant.
------------------------------------------------------------X

08-CV-

**AFFIDAVIT IN SUPPORT**
**OF SERVICES OF PROCESS**

STATE OF NEW YORK  )
                          : ss.:
COUNTY OF NEW YORK  )

     Matthew J. Cowan, being duly sworn, deposes and says:

     1.    I am a member of the Bar of this Honorable Court and an associate at the firm of Bennett, Giuliano, McDonnell & Perrone, LLP, attorneys for the plaintiff herein.

     2.    I respectfully request that the Court appoint myself or any other person appointed by Bennett, Giuliano, McDonnell & Perrone, LLP, who is over 18 years of age and is not a party to this action, to serve Process of Maritime Attachment on garnishees.

     3.    Deponent has learned that the office of the United States Marshal has a manpower shortage and the inability of that office to effect service of process on a few hours notice. Further, it is common practice that admiralty attorneys be permitted to serve process of Maritime Attachment on garnishees.

4. Deponent checked the Yellow Pages, did a website search, and contacted Verizon Directory Inquiries (555-1212) and was advised that there were no listings for defendants within this district.

5. Deponent contacted New York Secretary of State, Division of Corporations and was advised that the defendants are not incorporated in New York, nor are they licensed or authorized to do business in the State of New York, and that there is no listing for defendant whatsoever.

_____
Matthew J. Cowan

Sworn to before me this
25th day of August, 2008

_____
Notary Public

JEFFREY R. KRANTZ
Notary Public, State of New York
No. 02KR6128569
Qualified in New York County
Commission Expires June 13, 2009

2